**The Law Offices of**

**O&D**

**ONAODOWAN & DELINCE**

Esere J. Onaodowan, Esq.
eonaodowan@eocdlaw.com     t 646.375.2119   c 718.427.3139

Christine E. Delince, Esq.
cdelince@eocdlaw.com          t 646.375.2117   c 917.238.9332

August 26, 2021

<u>Via ECF</u>

Hon. Sidney H. Stein
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**MEMO ENDORSED**

Re: U.S. v. Ribiero (SHS)
21 Cr. 530

Dear Judge Stein,

I represent Sady Ribiero in the above captioned case. He is currently on home detention with location monitoring. I am writing to request a modification of his bail conditions. This request being made after consultation with his pretrial officer, Ms. Ms. Gialanella. She has informed me that it is not feasible to supervise Mr. Ribiero on home detention due to his work schedule being very inconsistent. Typically for those on home detention, there needs to be a set schedule, and that schedule is set and approved one week in advance, for one work location. However, Mr. Ribiero's employment as a doctor makes that difficult. He can sometimes get called in at a moment's notice to perform a procedure and is often at different locations throughout New York City. Pretrial has proposed, that Mr. Ribiero be placed on location monitoring with a curfew. I therefore request that Mr. Ribiero's bail conditions be modified to location monitoring with a daily curfew of 6am to 9pm.

I have discussed this with the government, and they have no objection.

cc: AUSA Rothman
    AUSA Chiuchiolo
    AUSA Folly

Respectfully Submitted,

Christine Delince, Esq.

**Defendant's request for his bail conditions to be modified to location monitoring with a daily curfew of 6 a.m. to 9 p.m. is granted.**

Dated: New York, New York
       August 30, 2021

SO ORDERED:

Sidney H. Stein, U.S.D.J.