UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SADY RIBEIRO,<br><br>            Defendant. | 21-cr-530 (SHS)<br><br>ORDER |

SIDNEY H. STEIN, U.S. District Judge.

Defendant requests permission to travel to his home country of Brazil for seventeen days in March or April in order to receive medical treatment "for ongoing health issues." (ECF No. 54.) Pretrial Services takes no position on this request and the government does not object. The defendant's request is hereby granted provided that the bond on which he has been released be secured by the following additional assets:

1. Defendant's TD Bank account ending in 6836 containing approximately $45,000;
2. Defendant's TD Bank Account ending in 7861 containing approximately $75,000;
3. Defendant's TD Bank Account ending in 5718 containing approximately $24,000;
4. Defendant's Bank of America account containing approximately $3,000; and
5. Defendant's private pension and social security disbursements deposited into the above accounts.

Defendant is further ordered to notify his Pretrial Services officer in advance with the dates of his trip and his location and contact information for the duration of the trip.

Dated: New York, New York
       February 16, 2021

SO ORDERED:

Sidney H. Stein, U.S.D.J