```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
                                      :
UNITED STATES OF AMERICA              :
                                      :   1:21CR00530-004
      -against-                       :   ORDER
                                      :
Sady Ribeiro                          :
                                      :
         Defendant                    :
                                      :
--------------------------------------X
```

Sidney H. Stein, United States District Judge:

It is hereby ORDERED that the defendant's bail be modified to remove curfew enforced by location monitoring.

Dated: New York, New York
September 22, 2022

SO ORDERED:

_____
Sidney H. Stein
United States District Judge