UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA : **SUPERSEDING INFORMATION**

- v. - : S3 21 Cr. 530 (SHS)

SADY RIBEIRO,

        Defendant.

- - - - - - - - - - - - - - - X

## COUNT ONE

### (Conspiracy to Commit Mail Fraud)

The United States Attorney charges:

1. From at least in or about January 2013, up to and including in or about April 2018, in the Southern District of New York and elsewhere, SADY RIBEIRO, the defendant, and others known and unknown, knowingly did combine, conspire, confederate, and agree together and with each other to commit an offense against the United States, to wit, mail fraud, in violation of Title 18, United States Code, Section 1341.

2. It was a part and object of the conspiracy that SADY RIBEIRO, the defendant, and others known and unknown, knowingly, having devised and intending to devise a scheme and artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, for the purpose of executing such scheme and artifice, would and did place in a post office and authorized depository for mail matter, matters

and things to be sent and delivered by the Postal Service, and did deposit and cause to be deposited matters and things to be sent and delivered by private and commercial interstate carriers, and would and did take and receive therefrom, such matters and things, and would and did cause to be delivered by mail and such carriers according to directions thereon, and at the places at which they were directed to be delivered by the person to whom they were addressed, such matters and things, in violation of Title 18, United States Code, Section 1341.

Overt Act

3. In furtherance of the conspiracy and to effect the illegal object thereof, the following overt act, among others, was committed in the Southern District of New York and elsewhere:

a. During the relevant time period, up to and including 2018, RIBEIRO performed hundreds of medically unnecessary medical procedures that RIBEIRO knew would be used to inflate the value of fraudulent lawsuits.

(Title 18, United States Code, Section 371.)

**COUNT TWO**

**(Conspiracy to Commit Wire Fraud)**

The United States Attorney further charges:

4. From at least in or about 2015, up to and including in or about April 2018, in the Southern District of New York and elsewhere, SADY RIBEIRO, the defendant, and others known and

2

unknown, knowingly did combine, conspire, confederate, and agree together and with each other to commit an offense against the United States, to wit, wire fraud, in violation of Title 18, United States Code, Section 1343.

5. It was a part and object of the conspiracy that SADY RIBEIRO, the defendant, and others known and unknown, knowingly, having devised and intending to devise a scheme and artifice to defraud and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, would and did transmit and cause to be transmitted by means of wire and radio communication in interstate and foreign commerce, writings, signs, signals, pictures, and sounds for the purpose of executing such scheme and artifice, in violation of Title 18, United States Code, Section 1343.

## Overt Act

6. In furtherance of the conspiracy and to effect the illegal object thereof, the following overt act, among others, was committed in the Southern District of New York and elsewhere:

    a. During the relevant time period, up to and including 2018, RIBEIRO performed hundreds of medically unnecessary medical procedures that RIBEIRO knew would be used to inflate the value of fraudulent lawsuits.

(Title 18, United States Code, Section 371.)

## FORFEITURE ALLEGATIONS

7. As a result of committing the offenses alleged in Counts One and Two of this Information, SADY RIBEIRO, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28 United States Code, Section 2461(c), any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of said offenses, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offenses.

### Substitute Asset Provision

8. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code,

Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Section 981;
Title 21, United States Code, Section 853; and
Title 28, United States Code, Section 2461.)

_____
DAMIAN WILLIAMS
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

SADY RIBEIRO,

Defendant.

## SUPERSEDING INFORMATION

S2 21 Cr. 530 (SHS)

(18 U.S.C. § 371.)

DAMIAN WILLIAMS
United States Attorney