

**KENNETH M. ABELL**
(646) 970-7341 (Direct Dial)
kabell@aellaw.com
aellaw.com
256 Fifth Avenue, 5th floor
New York, New York 10001

December 15, 2022

**BY ECF**
Honorable Sidney Stein
United States District Court
Southern District of New York
500 Pearl Street, Room 23A
New York, NY 10007

# MEMO ENDORSED

Re: *United States v. Constantine, et al.*, Case No. 21-CR-530 (SHS)

Dear Judge Stein:

We represent Dr. Sady Ribeiro in the above-referenced matter. On behalf of our client, we write today asking the Court's permission for Dr. Ribeiro to travel to his home country of Brazil to spend time with his daughter and toddler-age grandson before he is sentenced on March 23, 2023. We have spoken about this request with Dr. Ribeiro's Case Manager, U.S. Pretrial Services Officer Laura Gialanella, who stated her Office is unable to take a position on international travel but noted that Dr. Ribeiro continues to be in full compliance with his release conditions to date, and that there have been no issues or problems with him. We also spoke with AUSA Alexandra Rothman, who stated her Office does not object to the request.

As Your Honor is aware, this Court permitted Dr. Ribeiro, currently 72 years of age, to travel to Brazil twice this year to receive medical treatment and undergo procedures for a number of serious health issues, *see* ECF Nos. 54-55, 73-74. Each time, he returned in full compliance with the terms of his probation and this Court's Orders. In fact, upon his return from travel in September, Pretrial Services Officer Laura Gialanella unilaterally filed a petition with this Court recommending that Dr. Ribeiro's bond be modified "to remove curfew enforced by location monitoring as he has traveled internationally on two occasions and returned without issue." This Petition was granted by Your Honor pursuant to an Order dated September 22, 2022. *See* ECF No. 81.

In support of this request, our client's daughter, Natalia Theodoro Caruso Ribeiro, has asked us to share the attached letter asking Your Honor to consider allowing her father to travel to Brazil to visit his only daughter and only grandson before he is sentenced. This letter is attached hereto as Exhibit A.

If the Court permits, Dr. Ribeiro would travel to Brazil for approximately two weeks in January 2023. Dr. Ribeiro would fly into São Paulo/Guarulhos International Airport from New York City and

would stay in São Paolo and his hometown, Juiz de Fora, for the duration of his trip. Dr. Ribeiro would then fly back to New York City at the conclusion of his trip.

We thank the Court for its consideration of this request.

Respectfully submitted,

Abell Eskew Landau LLP

By: /s/ Kenneth M. Abell

Kenneth M. Abell
*Counsel for Defendant Sady Ribeiro*

**Defendant's request to travel to Brazil in January 2023 is granted. Defendant shall provide his travel information to pretrial services.**

**Dated: New York, New York**
**December 15, 2022**

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.

## Exhibit A

São Paulo, 12/03/2022

To: Hon. Judge Sidney Stein

Dear Sir,

This is the second letter I have written to you regarding my father's case. In the first, which will be submitted as part of my father's sentencing memorandum, I tried to tell you of the admiration I have for him, of how much he means to me, and to plead for leniency. In the present letter, I humbly ask you to consider my father's request to travel to Brazil once more before sentencing.

My father and his lawyers have told me that there is a possbility that he may be sentenced to prison, as soon as the beginning of next year. The prospect of this brings me great anguish, as it would any daughter of a loving father. This is especially so because he is already in his seventies and fraught with health issues, and I cannot help thinking sometimes that there is a chance that I might never again see him outside.

My father was allowed to come twice to his home country in the middle of his judicial process to obtain medical treatment for his various health issues. For this I would like to thank you profusely. However, at those visits I could not enjoy much of my father's company. His first visit was during the height of the Covid epidemic, which was quite severe in Brazil. I had just given birth, and was trying to isolate myself and my son, so our contact then was quite limited. The second time he came he spent much of the time in Minas Gerais, where he went through his medical treatments. Again, we had only a few days to spend together.

My father is aware that he broke the law, and he is intent on paying his debt to society. He is, I believe, following court orders and restrictions dutifully. He presents no flight risk. Thus, I ask you to allow him to travel one more time, knowing that it would not hinder the court's proceedings in any way.

I am my father's only daughter, and my son Caetano is his only grandchild. He is now two years old. All I ask is that we all be allowed to spend some time together as a family, and create a few moments to cherish in our memories in the long years ahead. This may be the last opportunity for my father to enjoy Caetano as a toddler, to hold him, to see his sweet smile in person and for us to take a few valuable photographs. I know this request is asking a lot, but it would truly mean the world to me if we could spend a little time together before he may be sent away to federal prison.

Best regards,
Natalia Theodoro Caruso Ribeiro