UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

UNITED STATES OF AMERICA,  :  21-Cr-530 (SHS)

-v-  :

SADY RIBEIRO,  :  ORDER

                          Defendant.  :

-----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      IT IS HEREBY ORDERED that defendant's request for the return of his passport is granted [Doc. No. 328]. In addition, any time that defendant is in the United States from today until February 3, 2028, he shall comply with all conditions of supervised release, including the mandatory, standard, and special conditions of supervised release set forth on pages 3, 4, and 5 of the Amended Judgment dated June 28, 2023.

Dated: New York, New York
       February 13, 2025

                                      SO ORDERED:

                                      Sidney H. Stein, U.S.D.J.